# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 26, 2008

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

135089

MICHAEL SCHILS,
      Plaintiff-Appellant,

v

WASHTENAW COUNTY,
      Defendant-Appellee.

SC: 135089
COA: 277750
Washtenaw CC: 06-000658-CZ

_____/

On order of the Court, the application for leave to appeal the July 20, 2007 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.

As plaintiff Michael Schils has repeatedly abused the court system, we DIRECT the Clerks of this Court, the Court of Appeals, and the Washtenaw Circuit Court not to accept any further filings in non-criminal matters arising from Schils' discharge from his employment with Washtenaw County unless he has paid all necessary fees and submitted his filings in full compliance with the court rules.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 26, 2008

_____
Clerk

d0319